United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 6, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-40024
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRUCE LEE, JR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:02-CR-17-1
--------------------

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Bruce Lee, Jr., appeals his conviction of conspiracy to possess with intent to distribute cocaine and using and carrying of a firearm in furtherance of a drug trafficking crime. Lee argues on appeal that the district court erred in denying his motion to suppress evidence seized both incident to a warrantless arrest and as the result of a search of his residence pursuant to a warrant.

The district court correctly determined that officers entered Lee's hotel room to arrest him upon the voluntary consent of a

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

third party with actual or apparent authority to consent.  <u>See</u> <u>United States v. Jaras</u>, 86 F.3d 383, 389 (5th Cir. 1996).  The district court was also correct in its determination that the search of Lee's residence was based upon objectively reasonable, good-faith reliance upon a search warrant.  <u>See</u> <u>United States v. Satterwhite</u>, 980 F.2d 317, 320 (5th Cir. 1992).

AFFIRMED.